UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Vickie Keene, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-01287-MJG |
| v. | : |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Vickie Keene ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 9, 2013

                                       Respectfully submitted,

                                       By   */s/ Sergei Lemberg*
                                       Sergei Lemberg, Esq.
                                       LEMBERG & ASSOCIATES L.L.C.
                                       1100 Summer Street, 3rd Floor
                                       Stamford, CT 06905
                                       Telephone: (203) 653-2250
                                       Facsimile:  (203) 653-3424
                                       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg

                                              Sergei Lemberg